

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GABRIEL CHAVEZ, | § | |
| Appellant, | § | No. 08-20-00189-CV |
| v. | § | Appeal from the |
| DENISE CHAVEZ, | § | 388th District Court |
| Appellee. | § | of El Paso County, Texas |
| | § | (TC# 2019DCV4358) |
| | § | |

## <u>MEMORANDUM OPINION</u>

Appellant Gabriel Chavez and Appellee Denise Chavez have filed a joint motion for voluntary dismissal in this appeal. *See* TEX.R.APP.P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Per the agreement of the parties, each party will bear its own costs.

GINA M. PALAFOX, Justice

January 26, 2021

Before Rodriguez, C.J., Palafox, and Alley, JJ.